# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

TODD SMITH,

    Plaintiff,

v.                                              Case No: 8:20-cv-2936-CEH-CPT

AUTOMATIC DATA PROCESSING,
INC. and CORELOGIC
BACKGROUND DATA, LLC,

    Defendants.
_____/

## **ORDER**

This matter comes before the Court on Defendant Automatic Data Processing, Inc.'s ("ADP") Motion to Seal (Doc. 12), filed on December 16, 2020, and Plaintiff's response (Doc. 28). In the motion, ADP seeks an Order permitting Exhibits 2, 3, and 4 to its motion to dismiss to be filed under seal, pursuant to the Local Rules of this Court, because the documents contain private sensitive information that should not be disclosed to the public. The Court, having considered the motion and being fully advised in the premises, will grant ADP's Motion to Seal.

This case arises out of claims of defamation and negligence related to ADP allegedly including false information in a background investigation report about Plaintiff that caused him harm. Specifically, Plaintiff claims that ADP falsely reported Plaintiff as a registered sex offender who was convicted of sex crimes against children. ADP seeks to file the reports as exhibits to its motion to dismiss, the contents of which

Plaintiff contends are false and form the basis of Plaintiff's claims. ADP argues that sealing the documents is necessary to protect legitimate privacy interests of the Plaintiff given the extremely sensitive nature of the information contained in the background reports and considering Plaintiff's assertion that the crimes alleged in the reports about him are false. The Court agrees. Because the documents contain private sensitive information, good cause exists to seal the documents during the Court's consideration of the motion to dismiss. Accordingly, it is hereby

**ORDERED:**

1. Defendant ADP's Motion to Seal (Doc. 12) is **GRANTED**.

2. On or before **March 5, 2021**, ADP shall file Exhibits 2, 3, and 4 to the Motion to Dismiss under seal.

3. Unless otherwise ordered by the Court for good cause shown, the documents shall remain sealed for one year, although the seal is renewable by a motion that complies with the Local Rules and is filed before the expiration of the seal. *See* M.D. Fla. Local Rule 1.11.

**DONE AND ORDERED** in Tampa, Florida on February 24, 2021.

Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record and Unrepresented Parties, if any

2