UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TODD SMITH,

    Plaintiff,

v.                                            Case No: 8:20-cv-2936-CEH-CPT

AUTOMATIC DATA PROCESSING,
INC. and CORELOGIC
BACKGROUND DATA, LLC,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

The Plaintiff is directed to show cause by a written response filed on or before March 24, 2021, indicating why this case should not be dismissed pursuant to Local Rule 3.10 for lack of prosecution due to the non-filing of a Case Management Report within the time prescribed by Local Rule 3.02(b)(1). **Failure to respond shall result in this action being dismissed without further notice.**

**DONE AND ORDERED** in Tampa, Florida on March 3, 2021.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies:
Todd Smith, *pro se*
Counsel of record