UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**TODD SMITH,**

    Plaintiff,

                                                    Case No: 8:20-cv-2936-T-36CPT

v.

**AUTOMATIC DATA PROCESSING SCREENING AND**
**SELECTION SERVICES, INC. And**
**CORELOGIC BACKGROUND DATA, LLC,**

    Defendants,

_____

**ORDER TO SHOW CAUSE**
**DEFAMATION OF CHARACTER**

    This order is being pro se dealt with currently after the original filing was conducted by David Knight, Attorney. Due to this matter being as such, plaintiff feels it is in the best interest of all parties involved to reduce the matter to a magistrate level to expedite and move forward away from the domino effect of being libeled unknowingly. Plaintiff did not know about the report in 2013. This is the time in which he became targeted by law enforcement who believed that he was another person with the same first and last name. Unfortunately, he happened to have the exact same date of birth as another Todd Smith who was a multi convicted child sex offender. Unless this type of situation occurs to oneself, nobody can truly imagine the

1

amount of damage that this type of labeling, stigma, and profiling can cause. These are facts that are true:

   1)  Plaintiff was the nation's leading producer of life insurance sales for an A.M. Best A rated company known as Illinois Mutual Life Insurance Company in 2010. He won the award in only 6 months of employed production for an annualized award. This means that he had half the time as nearly every other insurance producer in the United States of America one year before being libeled, wrongfully terminated, and FCRA violated, to be presented with this award unlike everyone else had twelve months to achieve.

        A)  Coincidentally, an artificial intelligence company with the name of Audio Eye determined (and brought to his attention) that he has a rare personality type known as INFJ. Only .5% of the male population possesses this idealistic cognitive functioning way of dealing with the environment and society. All introverted intuitive and extroverted feeling individuals have higher than normal IQs. The range is between 125-130 and due to their secondary function being **extroverted feeling**, they are true **empaths** and the exact opposites of Narcissist who often take advantage of these individuals and prey upon them. Due to the helping nature of INFJs, if they do not know someone well, they Are often taken advantage of due to their empathic nature of wanting to make

Most people who are six figure sales representatives, surprisingly, are introverted (*National Association of Pharmaceutical Sales Representatives, 2004-2017*) since they are adept listeners versus speaking to clients. This allows for efficient fact finding. In addition, to being great listeners, they pay attention to detail, read body language, know when someone is being honest or dishonest. Often, INFJs can predict future outcomes especially in sociological situations. More specifically, this occurs by conceptualizing or thinking about patterns usually unseen by 98.5% of the entire human population. This can be a curse and a gift depending on the situation. If an INFJ is unaware of their "gifts" it can cause distorted views by others who find them to be private, quiet, leaders oftentimes misunderstood and considered walking paradoxes to be taken advantage of. This occurs on a regular basis unfortunately and has caused blockages of the right to pursue happiness.

B) Since Plaintiff has been determined to possess this unique personality type relatively recently, it may have contributed to the misunderstanding made by CoreLogic and ADP Sass and his employer at the time. He was producing large numbers of clients, and was able to build trust easily over the phone and via email only which is not easy by any means and increase it by 200% in the first 17 weeks (about 4 months) of employment Imagine, how well he would have done if allowed to continue working. Instead, he was destroyed emotionally, mentally, and financially.

Plaintiff did not know that he was completely at a total loss until 2020 since he attempted to get

rehired in 2016 to regain his position at TZ. They insisted customer complaints, but in deposition (Barry Gonzales v. TZ Insurance), all that was discussed was his sex offender background

reports and convictions, not customer complaints. So, in 2016, he interviewed with TZ, after they received apology letter stating his innocence from being a convicted sex offender, but he was not Rehired. False "customer complaints" which were in his file from the previous HR group who

concealed report from him and made up a termination scenario to avoid having to give him the

report as stated by federal laws. (FCRA; and in this case FACTA) He pushed on &

continued interviewing and was hired by Symmetry Financial in 2017-2018. He was

informed that he would gain his appointments upon completion of the first application

for each company. In addition, he was emailed a confirmation of appointment with

Mutual of Omaha and Americo after completing the FINRA test. Plaintiff purchased

leads of over 100 and errors and omissions insurance and began calling them and

 setting appointments. This went on for about 8 months with numerous company

 meetings where the Plaintiff was informed that he was again working. Upon submission

of his first application though, the underwriting department requested that the replacement

applicant reduce his A1C levels to a lower number before insuring. Plaintiff met with the

client numerous times to help him lower his A1C level. When he submitted the 3-month

lengthy process of lowering his A1C levels to required Underwriting guidelines, the application

was not accepted but instead declined after putting in eight months of work which led to no

4

income and generated a loss. After this, plaintiff decided to take the adjuster course instead of

working 1099 positions only being offered to him. On May 14, 2019, Todd D. Smith, completed the 620 Professional claims adjuster course and state exam for $800. One year later, DFS

revoked all four of his licenses and designations which is when he discovered that

he had suffered a complete loss of damages. He had lost everything. His career,

vehicle, shelter, food, freedom, reputation, credibility, character, health, and almost

his life 2016-2017.

    The pre-employment questionnaire at TZ asked if plaintiff was convicted of a felony.

Plaintiff is not a convicted felon either but is still being held back from working. The

pursuit of happiness does not exist in his life. It had not existed since 2012. Shame,

ridicule, scorn, guilt, harassment, persecutions, lie after lie, cover ups, and the unequal

treatment of justice under the law was observed by the Plaintiff and it continues to

Now. He has not been harassed by law enforcement in three years, but he lost 8 years

of his life which could have been avoided with truth. He is not a pedophile nor will he

ever be as much as ADP and CoreLogic want him to be. His family relationships destroyed,

upon the realization that DFS was going to dismantle his career completely in

2019, he received the Federal Notice from ADP Compliance Department. It stated

CoreLogic had been taken to Federal Court and was the clear printer of the false

information. In Henderson v. CoreLogic in 2016, the courts determined that they are

subject to the law of the United States with respect to the Fair Credit Reporting Act, Nonimmune, since the information **does affect the employment of the individual listed in the reports negatively.** Individuals have standing who have been damaged according to the decisions made in the case in which the plaintiff found himself to be unfortunately a victim of years after circulation occurred. Any sort of sex offense that he has been believed to have committed the Plaintiff vehemently condemns. He has been a confidant for anyone who has been sexually assaulted and has **PREVENTED** sexual assaults from occurring while he was homeless since there are females vulnerable to be taken advantage of when they become homeless as well. Many do not discuss their matters until much later though much too longer after being able to report it to the authorities and are threatened with death if they do go to the authorities. Thus, plaintiff would have to hear about being raped at gunpoint by criminals if they found themselves alone and in a bad place without anyone to help them. This sickened plaintiff and often put him in vigilante mode but was stopped by the rape victims for fear of threatening statements made by these true sex offenders.

   As stated, numerous times, Todd David Smith has been treated like a rapist/child sex offender by his own local law enforcement agencies which he has resided in for over 27 years. From 1994-2011, he was arrested one time. After 2011, he was arrested 8 times in five years. He has not been arrested in the last three years. The videos have been

destroyed and the police reports are falsified. Dishonesty is the main reason for

misconduct when someone is targeted. This was proven to be true in the USA Today

article in which 85,000 officers have been cited for misconduct with most districts not

keeping a Brady list at all. Because he was believed to have committed serious sexual

Misconduct against children, he was treated with dishonesty, persecutions,

Beratements, force, parameters collapsing upon him in his parking lot, ticketed

for a Tampa Bay Buccaneers license plate frame, accused of burglary by two bicycles

officers who rode up on him pretending they smelled marijuana. The list goes on

 and on and on. I will submit pdf's all day today this evening to prove my innocence from

 being mischaracterized severely. Officers are three times more likely to commit crimes

 than the average citizen according to Google. (USA Today. 2019. *We found 85,000 Cops who*

*have been investigated for misconduct. Now You Can Read Their Records).*

They showed me how they conduct themselves especially when someone is believed to

the Todd A Smith listed in Todd David Smith's background report 11-13 times in

The National Sex Offender Registry. The original report was sectioned off into two

Parts:  The short part first and the second part which was the Sex Offender Registry.

Short part was correct & consisted of a NSF check to a grocery store in **99,08** to Publix.

He was not arrested, & it was an accident made by a new hired clerk who mixed

7

the check up with others which were much older. Plaintiff used Bank of America then. They were class action sued for overcharging their customers billions in overdrafts.

The Todd A. Smith, date of birth October 24, 1968 is nothing like the Todd David Smith, B.Sc., FL Insurance License # D081609, 2-40, 2-15, 2-20, & 620 designations and licensure from 2001-2020, yet he has been treated as such. For ADP sass and CoreLogic, to be held not accountable, they must prove that the Plaintiff did commit the crimes listed about him. There must be children involved visually and he must be seen doing the molestations, and assaults that a registered and convicted sex offender they listed him to be. There must be evidence of children being affected negatively and harmed by him. If they cannot prove this, then they have defamed his character with falsehood. He also has the right to see the evidence that proves that he can be listed as such. A convicted felon child sex offender registrant. He is not a public figure, so malice does not matter. It is accuracy that is the most essential element of defamation being true. It is either true or with no in between grey areas to discuss. Analytics cannot prove crimes. Analytics are presumptive but they are not facts of truth.

   Plaintiff has attempted to reach out to the defendant's attorney as required in the rules to attempt to solute or alleviate the dispute several times only to be met with hostility and more assumptions which are simply not true. The information printed by the second party and

then given to the third party (and multiple parties afterwards has damaged him greatly).

## CONCLUSION

Plaintiff and movant are suggesting settling this in magistrate court to expedite the process and is asking for the maximum amounts of damages allowable under the law. Since there are two liable parties according to ADP's lead attorney, and the information ruled and stated by the Federal courts in Henderson v. CoreLogic, giving individuals standing who were damaged with "most being by jury," he is willing to forego this route and settle for the maximum amount of $75,000 by both ADP Sass who stated they were accountable **this month for the first time**. And, in the amount of $75,000 by CoreLogic LLC, which according to the Federal Court in late 2016, **only 3 years** after being notified of the identity of the **source** of the information **is a background reporting company as well when received Federal Notice from ADP Compliance department on November 1, 2019 and the loss of all licenses and designations March-July 2020 with laws being ignored regarding defamation listed in the Florida's Claims Adjuster's State Textbook. Plaintiff wishes to settle this now rather than continue revealing more atrocious adverse events which affected others as well extremely negatively but were ignored and covered up abusing power. Let us move forward from this horror.** CoreLogic LLC with Federal Notice and court case revealed to defendant for first time making November 1, 2019 the date of discovery of the identity of the libeling party known and

9

the loss of his licensure occurring in 2020, and thus damaging him from being able to do his job/

earn a living after working and obtaining degrees, certifications, designations, licenses, in

several related fields from 1988-2020. He continues to add more certifications to earn

living but will not be young enough to support a family as this has blocked him from

having a family of his own in which he would be a much better parent than the public would

believe according to their information that is illegal throughout 2013. Videos denied with hatred.

Plaintiff is going to sleep, then send supporting documents later in the day and evening after

going to his primary care physician to have his concussion analyzed. Physically, this event has

Taken its toll on his health in several diverse ways had he not been libeled and instead earning

respectful income level unlike the minimum wage jobs he has been working from 2015-2020.

While simultaneously, being denied respectful employment unlike before the reports publication and circulation where he was making $17 per hour plus commissions of $50-$500 per policy

after submitting 180-190 applications/policies exponentially increasing yet

wrongfully terminated for a false customer complaint without any warnings or write ups.

Before being libeled, he was not under the care of a psychiatrist, but after going through 7 years of adverse event after adverse event, he developed PTSD, anxiety, depression, and nearly died

a handful of times via numerous ways. He is extremely grateful to have survived this horrible

matter and is recovering still but very much alive and much healthier mentally and physically. He may not be able to work again due to the newly created background report caused by the false libelous one. He is hopeful to any employer who can understand the implications of being defamed as a pedophile for years and allow him to earn a dignified standard of living much like the rest of his entire family who stopped their relationship with him because of this. He hopes to someday, get back to where he was in 2012 before being fired and be able to have the chance to pursue happiness again as he was on the verge of financial success instead of being taken advantage of repeatedly destroying any chance of happiness occurring as planned and envisioned.

FACTA was enacted for situations such as these. I am in contact with my congress people Regarding this as well as the FTC, CFPB, EEOC, Consumer Protection Agency, Consumer Affairs (which is easily accessible to see the amount of damages caused by this systematic failure.) So much has occurred in 8 years that it is tough to explain it all, but I will Supporting documents starting tomorrow and continue as long as it takes to prove that this stuff occurs and there are publications about it occurring to others who are damaged similarly.

Lastly, plaintiff was concussed on Friday March 19, 2021, 4 hours after receiving his first

covid shot and attempted to write this order then, but was unable to form any legible concepts and apologizes to the court for this arriving overnight on the due date. (He now must file a restraining and trespass order against this individual who caused the concussion by knocking on the door and punching him in the left cranial frontal lobe area, one inch above the left eye.) Individual is ex resident evicted from the Plaintiff's Condominium complex & is a Bully and second concussion given to Plaintiff in 5 years for anger management issues. Plaintiff was sitting down to write then and would have had three to four days to write this Order to Show Cause if he could have. Everything that has been stated by the plaintiff is true.

He is one of the most honest and authentic people known to others that he is often considered too honest if there is such a thing and being a pedophile is definitely not one of them.

_____
Todd David Smith, B.Sc., Plaintiff
Florida Licensed Insurance Agent/Broker/Adjuster
2001-2020, (revoked July 2020) 240,215,220,620

Case 8:20-cv-02936-CEH-CPT   Document 38   Filed 03/25/21   Page 13 of 13 PageID 237