# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

TODD SMITH,

    Plaintiff,

v.                                                           Case No: 8:20-cv-2936-CEH-CPT

AUTOMATIC DATA PROCESSING,
INC. and CORELOGIC
BACKGROUND DATA, LLC,

    Defendants.
_____/

## **ORDER**

This cause comes before the Court on review of the file. Plaintiff has not filed a Case Management Report as required by the Local Rules and as ordered by the Court. *See* Docs. 27, 32. Although Plaintiff is no longer represented by counsel, the Court advises Plaintiff that *pro se* litigants are subject to the same law and rules as litigants who are represented by counsel, including the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Middle District of Florida.[1] *Jablonski v. Travelers Companies, Inc.*, No. 2:15-CV-365-FTM-38CM, 2016 WL 614655, at *2 (M.D. Fla. Feb. 16, 2016) (citing *Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989)). The form for the Case Management Report may be found in the Local Rules.

Accordingly, it is hereby **ORDERED**:

---

[1] The Federal Rules of Civil Procedure and the Middle District of Florida Local Rules can be found on the Court's website. https://www.flmd.uscourts.gov/

1.  Plaintiff is directed to confer with counsel for Defendants and file a Case Management Report by **April 16, 2021**. The failure to timely file a Case Management Report will result in dismissal without prejudice of this action without further notice.

**DONE AND ORDERED** in Tampa, Florida on March 26, 2021.

Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
COUNSEL OF RECORD AND UNREPRESENTED PARTIES, IF ANY