## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

TODD SMITH,

     Plaintiff,

v.                                  Case No: 8:20-cv-2936-CEH-CPT

AUTOMATIC DATA PROCESSING,
INC., *et al.*,

     Defendants.

_____/

## <u>ORDER</u>

This cause comes before the Court on the Court's Order to Show Cause, entered on June 30, 2021 (Doc. 64), in which the Court directed Defendants to show cause why this action should not be remanded for lack of subject matter jurisdiction. On July 14, 2021, Defendants filed Responses (Docs. 66, 67) to the Order to Show Cause. Upon review of Defendants' Responses, the Court finds that jurisdiction has been sufficiently established.  Accordingly, the Court will take no further action on the Order to Show Cause and it is **DISCHARGED**.

     **DONE AND ORDERED** in Tampa, Florida on September 13, 2021.

*Charlene Edwards Honeywell*

Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:  COUNSEL OF RECORD AND UNREPRESENTED PARTIES