UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TODD SMITH,

    Plaintiff,

v.   Case No: 8:20-cv-2936-CEH-CPT

AUTOMATIC DATA PROCESSING,
INC. and CORELOGIC
BACKGROUND DATA, LLC,

    Defendants.
_____/

**ORDER**

This matter comes before the Court upon the Defendants' Joint Notice of Plaintiff's Non-Compliance and Request for Dismissal With Prejudice (Doc. 44). In the motion, Defendants indicate that Plaintiff's Complaint should be dismissed with prejudice due to Plaintiff's failure to cooperate in the preparation of a Case Management Report ("CMR"). A CMR has been submitted and a scheduling order entered. Docs. 45, 48. Therefore, the Court, having considered the motion and being fully advised in the premises, will deny as moot Defendants' Joint Notice of Plaintiff's Non-Compliance and Request for Dismissal With Prejudice. Accordingly, it is hereby

**ORDERED:**

1. Defendants' Joint Notice of Plaintiff's Non-Compliance and Request for Dismissal With Prejudice (Doc. 44) is **DENIED as moot**.

**DONE AND ORDERED** in Tampa, Florida on September 13, 2021.

Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record
Unrepresented Parties